UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>PAUL S. JENSEN,<br><br>         Defendant. | 3:06-CR-00049-LRH-RAM<br><br>ORDER DENYING DEFENDANT'S<br>APPEAL FROM ORDER OF DETENTION |

WHEREAS the defendant PAUL S. JENSEN, in pro per, has appealed (Doc. #55) from the Order of Detention Pending Trial issued by United States Magistrate Judge on June 16, 2006 (Doc. # 54) and the Government has filed its Response to defendant's Appeal (Doc. #59), the court has conducted a de novo review of the evidence presented before the Magistrate and made its own, independent determination in this matter.

Based upon the court's de novo review of the evidence, the court finds that the evidence is clear and convincing, that there are no conditions or combination of conditions that would reasonably assure the appearance of the defendant at trial and at further proceedings herein, and that there is also a serious risk of endangering the safety of another person or the community if the defendant is not detained pending trial and further proceedings.  The court concurs in the findings made by the Magistrate Judge and adopts and incorporates those factors as more specifically set forth in the Order of Detention Pending Trial entered by the Magistrate Judge on June 16, 2006.

///

1     The defendant shall therefore be detained pending further proceedings and trial herein.

2     IT IS SO ORDERED.

3     DATED this 25th day of July, 2006.

*(signature)*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE