

 

 

 

 

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:06-CR-00049-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| PAUL S. JENSEN, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's Motion for Reconsideration of Order Denying Defendant's Appeal from Order of Detention (Doc. #68). It was filed July 27, 2006, however, it does not contain any evidence of service upon the Government. The Government has not responded. Standby counsel for Defendant Jensen, Marc Picker, notified the court's clerk of the motion and requested a quick review, if possible. Pursuant to that request, the court has conducted a review of the motion.

It is evident from Defendant's motion that he has numerous family members and friends who feel very strongly about him. The court was impressed with their letters and the concerns expressed within those letters. However, it appeared to the court that the Defendant's friends and family members were not fully informed concerning the evidence upon which the court's order denying detention was based.

The court has conducted a second review of that evidence and confirms its conclusion that the evidence warrants the findings of a risk of endangering the safety of another person and a danger of flight from this jurisdiction. In addition to the uncorroborated testimony of Jennifer

Jensen, there was corroborated evidence of abuse directed toward her, as well as the independent evidence of the presence of at least one loaded firearm in the home.

There was also evidence of statements by the Defendant regarding an intention to flee the country rather than go to jail and there was evidence presented by postal authorities regarding false identification and an attempt by the Defendant to obtain a passport in a false name. Such evidence from the postal authorities also indicated that the Defendant had traveled to Hong Kong in the fall of 2005, had used a bank card issued in a false name and there was other evidence concerning attempts by the Defendant to obtain false identification.

Based upon all of the evidence presented to the court, and good cause appearing,

The court denies Defendant's motion seeking pre-trial release and reconfirms the court's order (#64) of July 25, 2006.

The criminal charges pending against Mr. Jensen are very serious and appear to have little, if anything, to do with his estranged spouse. The court recommends that Mr. Jensen confer with his family members and friends concerning the wisdom of his representing himself in this action. He is not qualified as a lawyer and it also appears that there may be personal and emotional issues which may affect his objectivity in the defense of his case. It is, therefore, the strong recommendation of the court that Mr. Jensen be represented by counsel and that he not represent himself.

DATED this 17th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE